IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| EDMON & JESSICA KARSTEN JR. | ) | Case No: 09-25164 |
| | ) | Chapter 7 |
| | ) | |

**NOTICE OF DEPOSIT OF LESS THAN $5.00 TO THE UNITED
STATES BANKRUPTCY COURT CLERK'S REGISTRY CHECKING ACCOUNT**

TO:  THE HONORABLE J. PHILIP KLINGEBERGER:

Comes now Kenneth A. Manning, Trustee and applies to the Court as follows:

1. I am Trustee for the estate of the above-named Debtor(s).

2. Pursuant to FRBP 3011, the following creditors are entitled to distribution of less than $5.00 each.

| | |
|---|---|
| Claim 3 – St. Mary Medical Ctr., PO Box 3603, Munster, IN 46321 | $0.57 |
| Claim 4 – Porter Hosptial, c/o NRS, PO Box 8005, Cleveland, TN 37320 | $0.57 |
| Claim 6 – Porter Hospital, c/o Michael Mossman, PO Box 330129, Nashville, TN 37203 | $3.82 |
| Claim 8 – Emergency Care Physicians, c/o Lucas, Holcomb & Medrea, PO Box 10626, Merrillville, IN 46411 | $1.58 |
| Claim 9 – Emergency Care Physicians, c/o Lucas, Holcomb & Medrea, PO Box 10626, Merrillville, IN 46411 | $2.41 |
| Claim 13 – Verizon Bankruptcy, PO Box 407, Westfield, IN 46074 | $2.34 |

3. Pursuant to FRBP 3010, the distributions shown in paragraph 2 are to be treated in the same manner as unclaimed funds, as provided for in U.S.C. §347.

4. Trustee believes it appropriate that the sum(s) set forth in paragraph 2 be paid to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein and accordingly I am tendering herewith my Check No. 117 in amount of $11.29 payable to the Clerk, U.S. Bankruptcy Court.

Dated: March 16, 2011                           /s/ Kenneth A. Manning
                                                Kenneth A. Manning, Trustee
                                                200 Monticello Drive
                                                Dyer, Indiana 46311
                                                (219) 865-8376

**CERTIFICATE OF SERVICE**

I, hereby certify that on March 16, 2011, a true and complete copy of the above document was served by:
Electronic Notice on:
United States Trustee – usregion10soecf@usdoj.gov
Attorney John W. Peters - jpetes3@verizon.net

And by regular mail upon:
Edmon & Jessica Karsten Jr., 2388 Seahorse Street, Portage, IN 46368
St. Mary Medical Ctr., PO Box 3603, Munster, IN 46321
Porter Hosptial, c/o NRS, PO Box 8005, Cleveland, TN 37320
Porter Hospital, c/o Michael Mossman, PO Box 330129, Nashville, TN 37203
Emergency Care Physicians, c/o Lucas, Holcomb & Medrea, PO Box 10626, Merrillville, IN 46411
Verizon Bankruptcy, PO Box 407, Westfield, IN 46074

                                                /s/Kenneth A. Manning, Trustee
                                                Kenneth A. Manning, Trustee